SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02751-MCE-JFM** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR** |
| vs. | ) **DISMISSAL** |
| Guillermo Martin, et al | ) |
| Defendants | ) |

IT IS SO ORDERED that the above-entitled action be and
is hereby dismissed with prejudice pursuant to Fed. R. Civ.
P. Rule 41(a)(1)(A).   The Clerk is directed to close the
file.

Dated:  January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT